In the Matter of CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Certain Real Property for the Construction of the THIRD WATER TUNNEL, SHAFT 30B. GRAND LAFAYETTE PROPERTIES LLC, Appellant.

Submitted July 11, 2005; decided September 15, 2005

Motion for leave to appeal denied as unnecessary.

NIKI MARIE CLEARY et al., Appellants, v RELIANCE FUEL OIL ASSOCIATES, INC., et al., Respondents.

Submitted July 11, 2005; decided September 15, 2005

Motion to dismiss appeal denied (*see Matter of Duchnowski*, 31 NY2d 991, 991- 992 [1973]).

In the Matter of INCORPORATED VILLAGE OF POQUOTT et al., Appellants, v JOHN CAHILL et al., Respondents.

Submitted December 6, 2004; decided September 15, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of the motion for a preliminary injunction, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.